NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SPECTRALYTICS, INC.,**
*Plaintiff-Appellee,*

v.

**CORDIS CORPORATION,**
*Defendant-Appellant,*

AND

**NORMAN NOBLE, INC.,**
*Defendant-Appellant.*

---

2012-1191

---

Appeal from the United States District Court for the District of Minnesota in case no. 05-CV-1464, Judge Patrick J. Schiltz.

-------------------------------------------------

**SPECTRALYTICS, INC.,**
*Plaintiff-Appellant,*

v.

**CORDIS CORPORATION,**
*Defendant-Appellee,*

AND

**NORMAN NOBLE, INC.,**
*Defendant-Appellee.*

---

## 2012-1121

---

Appeal from the United States District Court for the District of Minnesota in case no. 05-CV-1464, Judge Patrick J. Schiltz.

---

## ON MOTION

---

## O R D E R

Cordis Corporation and Norman Noble, Inc. move without opposition to withdraw cross appeal no. 2012-1191, and for a 40-day extension of time for Spectralytics to file its reply brief in appeal no. 2012-1121.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to withdraw 2012-1191 is granted. 2012-1191 is dismissed. The revised official caption in 2012-1121 is reflected above.

(2) Each side shall bear its own costs in 2012-1191.

(3) Spectralytics' reply brief is due within 40 days of the date of filing of this order.

FOR THE COURT

**MAY 0 7 2012**
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAY 0 7 2012

JAN HORBALY
CLERK

cc:  J. Derek Vandenburgh, Esq.
     Eugene M. Gelernter, Esq.
     James B. Niehaus, Esq.

s21

Issued As A Mandate (As To 2012-1191 Only):  MAY 0 7 2012